RECEIVED
IN MONROE, LA

SEP 19 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| LaQUINTON McCRAY | CIVIL ACTION NO. 08-0691 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JACKSON PARISH CORRECTIONS CTR., ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 8], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff LaQuinton McCray's civil rights complaint [Doc. No. 5] is DISMISSED WITH PREJUDICE as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

MONROE, LOUISIANA, this 19 day of September, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE